**DISMISS and Opinion Filed June 7, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-24-00515-CV**

_____

**GARY L. GAINER, Appellant**

**V.**

**PATRICIA GAINER ARRAS, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-16528**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Stating he no longer wishes to pursue this appeal, appellant has filed an unopposed motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Robert D. Burns, III/

ROBERT D. BURNS, III

CHIEF JUSTICE

240515F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

GARY L. GAINER, Appellant

No. 05-24-00515-CV　　　V.

PATRICIA GAINER ARRAS,
Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-21-16528.
Opinion delivered by Chief Justice
Burns, Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Patricia Gainer Arras recover her costs, if any, of this appeal from appellant Gary L. Gainer.

Judgment entered June 7, 2024.